1  LAW OFFICES OF ALVIN L. PITTMAN
   ATTORNEYS AT LAW
2  5933 W. CENTURY BOULEVARD, SUITE 230
   LOS ANGELES, CA 90045
3  TELEPHONE (310) 337-3077
   FACSIMILE (310) 337-3080

4  Alvin L. Pittman, Esq. (State Bar No. 127009)
5  E-mail: office@apittman-law.com

7  Attorneys for Plaintiff
   LIVIA MILANO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVIA MILANO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>NBC UNIVERSAL, INC., a Delaware corporation, doing business as NBC UNIVERSAL TELEVISION DISTRIBUTION; NBC UNIVERSAL TELEVISION STUDIO, an entity of unknown origin; 3 BALL PRODUCTIONS, INC., a California corporation; REVEILLE, LLC, a Delaware limited liability company; BEN SILVERMAN, an individual; 25/7 PRODUCTIONS, LLP, a Delaware limited liability company; DANIEL TIBBETS, an individual; TWENTIETH TELEVISION, INC., a Delaware corporation; SHINE LIMITED, an entity of unknown origin; ANDREW HILL, an individual and DOES 1 Through 50, Inclusive,<br><br>Defendants. | CASE NO. : 2:06- cv- 03237-GAF-FFM (FFMx)<br>[Hon. Gary A. Feess]<br><br>[PROPOSED] JUDGMENT |

1

TO ALL INTERESTED PARTIES:

On September 5, 2008, this Court granted Defendants NBC UNIVERSAL, INC., NBC UNIVERSAL TELEVISION DISTRIBUTION, NBC UNIVERSAL TELEVISION STUDIO, 3 BALL PRODUCTIONS, INC., REVEILLE, LLC; BEN SILVERMAN and 25/7 PRODUCTIONS, LLP's (collectively, the "NBC Universal Defendants") and TWENTIETH TELEVISION, INC., DANIEL TIBBETS, SHINE LIMITED and ANDREW HILL'S (collectively, the "Twentieth Defendants") motion for summary judgment as to the third claim for relief for copyright infringement in Plaintiff Livia Milano's ("Milano") Complaint. As to Milano's state law claims for relief, the Court dismissed those claims pursuant to 28 U.S.C. § 1367(c) (3), without prejudice. Based thereon:

THE COURT HEREBY ENTERS JUDGMENT FOR DEFENDANTS AS FOLLOWS:

1. Milano shall take nothing by way of her claim for relief for copyright infringement against the NBC Universal Defendants.

2. Milano shall take nothing by way of her claim for relief for copyright infringement against the Twentieth Defendants.

3. Milano's Complaint against the NBC Universal Defendants is hereby dismissed on the merits with prejudice.

4. Milano's claim for relief for copyright infringement against the Twentieth Defendants is hereby dismissed on the merits with prejudice.

5. Milano's state law claims against the Twentieth Defendants are hereby dismissed, pursuant to 28 U.S.C. § 1367 (c)(3), without prejudice.

Law Offices of Alvin L Pittman
ATTORNEYS AT LAW

6. The NBC Universal Defendants are hereby entitled to recover their costs of suit in the amount of $_____.

7. The Twentieth Defendants are hereby entitled to recover their costs of suit in the amount of $_____.

DATED: 9/26, 2008

_____
THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE